UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>       Plaintiff,<br><br>   vs.<br><br>QUINTERO, et al.,<br><br>      Defendants. | **1:21-cv-01407-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 5.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS UNDER 28 U.S.C. § 1915(g) AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL WITHIN THIRTY DAYS** |

Sammy R. Quair, Sr. ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2021, findings and recommendations were issued, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied under the three strikes provision of 28 U.S.C. § 1915(g) and Plaintiff be required to pay the filing fee in full for this action, within thirty days. (ECF No. 5.) On October 6, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations issued on September 27, 2021, are ADOPTED IN FULL;

2.    Plaintiff's motion to proceed *in forma pauperis*, filed on September 22, 2021, is DENIED;

3.    Within thirty days of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action; and

4.    Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   October 26, 2021

_____
SENIOR DISTRICT JUDGE