UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY R. QUAIR, SR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QUINTERO, et al.,<br><br>　　　　Defendants. | **1:21-cv-01407-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 9.)**<br><br>**ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER**<br>**(ECF No. 8.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　Sammy R. Quair, Sr. ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 17, 2021, findings and recommendations were entered, recommending that this action be dismissed without prejudice for Plaintiff's failure to obey a court order. (ECF No. 9.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on December 17, 2021, are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to obey a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 10, 2022                                   _____
                                                         SENIOR DISTRICT JUDGE